

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2015

No. 04-15-00010-CV

Pedro **MARQUEZ**, Jr.,
Appellant

v.

Lisa A. **WATKINS**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-14-89
Honorable Romero Molina, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file brief is hereby GRANTED. Time is extended to November 13, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2015.

_____
Keith E. Hottle
Clerk of Court